ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Kallidus Technologies, Inc. | ) ASBCA No. 62890 |
| | ) |
| Under Contract No. W912QR-15-C-0006 | ) |

APPEARANCES FOR THE APPELLANT:      Michael A. Branca, Esq.
                                    Lucas, T. Daniels, Esq.
                                    Joseph N. Frost, Esq.
                                      Peckar & Abramson, P.C.
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                      Engineer Chief Trial Attorney
                                    Brett R. Howard, Esq.
                                    James M. Inman, Esq.
                                    Thomas M. Barrett, Esq.
                                      Engineer Trial Attorneys
                                      U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The parties have settled the dispute and moved to dismiss this appeal. We grant the motion and dismiss the appeal with prejudice.

Dated: August 30, 2023

_____
DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62890, Appeal of Kallidus Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:  August 30, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals